*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| ELZA DALE SELF, ) | |
| CARLA JO SELF, ) | Case No. 2:13-BK-21322-BKM |
| ) | |
| Debtors. ) | |
| ) | |

**MOTION TO VACATE HEARING**

The trustee has discussed with the debtors their pending exemption claim and their pending motion to covert this case to Chapter 13, both of which are set for a hearing on February 15, 2018 at 11:00 a.m. After considering the economics of the situation, the debtors have decided not to proceed with the exemption claim or the motion to convert to avoid additional administrative expense and to allow this case to be completed as soon as possible. Email from the debtors confirming these decisions are attached.

Accordingly, the trustee moves this Court to vacate the hearing that is currently set for February 15, 2018 at 11:00 a.m. No further hearings in this case are required at this time. As soon as the personal injury lawyers provide the details of the proposed settlement and the fees and expenses to be paid from those funds, the trustee will file a motion to approve the settlement and those

payments.  Notice of that motion will be sent to the debtors when it is filed.

**WHEREFORE**, the trustee prays for the entry of an order vacating the hearing as set forth herein.

DATED February 12, 2018.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake - 009656
20 E. Thomas Rd.
Ste. 2200
Phoenix, AZ 85012-3133
Attorney for Trustee

COPY e-mailed & mailed February 12, 2018 to:

ELZA DALE SELF
CARLO JO SELF
405 WEST ASPINALL
WINSLOW, AZ 86047
carlaself1962@gmail.com

/s/ TD009656

2

**From:** Carla Self
**To:** tdake@cox.net
**Subject:** From Dale and Carla Self
**Date:** Friday, February 09, 2018 10:28:13 AM

We no longer want to change chapter 7 to chapter 13.

        Thank you

    Dale and Carla Self

**From:** Carla Self
**To:** tdake@cox.net
**Subject:** From Dale/ Carla Self
**Date:** Monday, February 12, 2018 8:55:29 AM

We are no longer going to pursue the exemption.

Thank you

Dale / Carla Self